UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 06 B 16689
   MATTHEW CLIFTON
   ROSETTA CLIFTON                            CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-5870     SSN XXX-XX-1878
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 12/18/06 and confirmed on 03/15/07.

   2. The case was dismissed after confirmation, 09/21/2007.

   3. The Debtor paid a total of $   4600.00 .

   4. The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 37535.38 | .00 | 851.77 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 5432.00 | 42.05 | 2125.95 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 973.64 | 6.98 | 437.02 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | 1185.00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1628.80 | .00 | .00 |

         Summary of disbursements:
--------------------------------------------------------------------------------
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 43941.02 | .00 | 2813.80 | .00 | 46754.82 |
| PRINCIPAL PAID | 3414.74 | .00 | .00 | .00 | 3414.74 |
| INTEREST PAID | 49.03 | .00 | .00 | .00 | 49.03 |
| TOTAL PAID | 3463.77 | .00 | .00 | .00 | 3463.77 |

The Debtor's attorney, SARA J GRAY ESQ            , was allowed $   2500.00
and was paid $   1026.00   direct and $    933.84  through the plan.

The Trustee received $     202.39 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/19/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                              PAGE   2
      CASE NO. 06 B 16689 MATTHEW CLIFTON & ROSETTA CLIFTON
```